ON MOTION FOR REHEARING AND WRITTEN OPINION
 

 PER CURIAM.
 

 We deny Appellant’s motion for rehearing, but withdraw our previous per curiam opinion dated June 14, 2011, and substitute the following opinion in its place.
 

 AFFIRMED.
 
 See Santiago v. State,
 
 65 So.3d 575 (Fla. 5th DCA 2011);
 
 see also Hernandez v. State,
 
 61 So.3d 1144, 1151 (Fla. 3d DCA 2011) (holding,
 
 inter alia,
 
 that the decision in
 
 Padilla v. Kentucky,
 
 - U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), should not be applied retroactively, while certifying the question as one of great public importance);
 
 accord Barrios-Cruz v. State,
 
 63 So.3d 868 (Fla. 2d DCA 2011). We join the Second and Third District in certifying the following question as a question of great public importance:
 

 SHOULD THE RULING IN
 
 Padilla v. Kentucky,
 
 — U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), BE APPLIED RETROACTIVELY IN POSTCONVICTION PROCEEDINGS?
 

 SAWAYA, TORPY, COHEN, JJ., concur.